Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2025 AUG 28  AM 11: 29
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | PLAINTIFF | CASE NUMBER: 2:25-mj-05291-DUTY |
|---|---|---|
| V. | | |
| Katherine CARRENO | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |
| USMS# ___ | | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on August 25, 2025 at 9:33  ☐ AM ☒ PM
   or
   The defendant was arrested in the Central District of California on ___ at ___  ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☐ Yes  ☒ No

4. Charges under which defendant has been booked:
   18 USC 111 (Assault on a Federal Officer)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: ___

7. Year of Birth: 1993

8. Defendant has retained counsel:  ☐ No
   ☐ Yes  Name: ___  Phone Number: ___

9. Name of Pretrial Services Officer notified: Duty Pretrial Officer

10. Remarks (if any): ___

11. Name: SA Frank Pellegrini  (please print)

12. Office Phone Number: 415-531-6698

13. Agency: DHS Federal Protective Service

14. Signature: /s/

15. Date: 8/26/2025

CR-64 (09/20)  REPORT COMMENCING CRIMINAL ACTION