```
                    FILED
           CLERK, U.S. DISTRICT COURT

                  9/17/25

          CENTRAL DISTRICT OF CALIFORNIA
          BY: _____MRV_____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:25-cr-00772-MWF |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer] |
| KATHERINE CARRENO, | [CLASS A MISDEMEANOR] |
| Defendant. | |

The Acting United States Attorney charges:

COUNT ONE

[18 U.S.C. § 111(a)(1)]

On or about August 25, 2025, in Los Angeles County, within the Central District of California, defendant KATHERINE CARRENO intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim Y.P., an employee of the United States

//

//

Federal Protective Service, while Y.P. was engaged in, and on account of, the performance of Y.P.'s official duties.

          BILAL A. ESSAYLI
Acting United States Attorney

JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division

*/s/ Frances S. Lewis*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

BLAKE HANNAH
Special Assistant United States Attorney
General Crimes Section