BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
PATRICK CASTAÑEDA (Cal. Bar No. 319431)
DANIEL H. WEINER (Cal. Bar No. 329025)
Assistant United States Attorneys
Transnational Organized Crime Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0637/0813
    Facsimile: (213) 894-0142
    E-mail:   patrick.castaneda@usdoj.gov
              daniel.weiner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-772-MWF |
|---|---|
| Plaintiff, | GOVERNMENT'S EXHIBIT LIST |
| v. | Trial Date: November 4, 2025 |
| KATHERINE CARRENO, | Trial Time: 8:30 a.m.<br>Location: Courtroom of the Hon. Michael W. Fitzgerald |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record hereby submits its Exhibit List.

//

The government respectfully reserves the right to supplement or revise this exhibit list as needed.

Dated: November 3, 2025

Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

_____/s/_____
PATRICK CASTAÑEDA
DANIEL H. WEINER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

| Exh. No. | Description | Date I.D. | Admitted |
|---|---|---|---|
| 1. | Aerial map of Roybal Federal Building Area (USAO_171) | | |
| 2. | Streetview picture of Roybal Federal Building Apron (USAO_172) | | |
| 3. | Photograph of sign on Roybal Apron (USAO_173) | | |
| 4. | Street Footage at Alameda & Aliso Streets (USAO_90) | | |
| 5. | Security Footage from Roybal Apron Left Angle (USAO_88) | | |
| 6. | Security Footage from Roybal Apron Right Angle (USAO_89) | | |
| 7. | Social Media Video (USAO_92a) | | |
| 8. | Excerpt/Zoomed In Social Media Video (USAO_92b) | | |